IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CV535-MU

| | | |
|---|---|---|
| PHILLIP A. ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BJT INC. T/A MUTUAL DISTRIBUTING COMPANY, PHIL WYATT, and MARK BENNETT, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court upon its own motion. A review of the docket in this case reveals that an Answer was filed on behalf of the Defendants on June 22, 2005. This is the last entry on the docket. Pursuant to Local Rule 16.1, the parties are required to confer and file a proposed discovery plan with the court so that the court may enter a pretrial order.

IT IS THEREFORE ORDERED that the parties are hereby directed to confer and file such discovery plan with the court no later than fourteen days from the date of entry of this Order.

Signed: June 5, 2006

Graham C. Mullen
United States District Judge