IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CV535-MU

| | | |
|---|---|---|
| PHILLIP ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BJT, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

   This matter is before the court upon Defendants' Motion to Dismiss for lack of prosecution. The court entered an Order on October 5, 2006, directing the *pro se* Plaintiff to show cause why this action should not be dismissed for lack of prosecution. The Plaintiff has failed to respond. Accordingly,

   IT IS THEREFORE ORDERED that the Defendant's Motion to Dismiss for lack of prosecution is hereby GRANTED, and this case is hereby DISMISSED.

       Signed: November 2, 2006

       Graham C. Mullen
       United States District Judge